IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                                    ) Chapter 7 Case No. 12-15073
                                          )
    Basia Jaskolka                        ) Bankruptcy Judge Morgenstern-Clarren
                                          )
        Debtor                           )

## NOTICE OF HEARING ON, AND OF PROPOSED SALE OF, PERSONAL PROPERTY OTHER THAN IN THE ORDINARY COURSE OF BUSINESS

Please take notice that pursuant to 11 U.S.C. §363(b) and in accordance with Rules 2002

(a)(2) and 6004(a) of the Federal Rules of Bankruptcy Procedure, Sheldon Stein, the Trustee in the

above-captioned matter, intends to sell at private sale to the debtor immediately after the hearing

upon this Notice, at the office of the Trustee, located at 50 Public Square – Ste. 400, Cleveland, Ohio

44113, the following personal property:

2005 Mercedes C240

The described property will be sold for $2,600.00, an amount which represents the value of

this item less applicable exemptions, if any, claimed by the debtor. The purchase price has been or

will be paid in full immediately after the hearing upon this notice.

A hearing is scheduled in courtroom 2A of the United States Bankruptcy Court for the North-

ern District of Ohio, Eastern Division, H. M. Metzenbaum Federal Court House, 201 Superior,

Cleveland, Ohio 44114, on May 16, 2013, at 8:30 a.m. to consider this Notice, and any written ob-

jections thereto which are filed and served in the undersigned, the United States Trustee, and all

parties entitled to receive such objection no later than seven (7) days preceding the date scheduled

for the hearing. If no objection to this Notice are filed and served within such time period, the sale

may be consummated without hearing.

/s/ Sheldon Stein
Sheldon Stein, Trustee (0007292)
400 Terminal Tower
Post Office Box 5606
Cleveland, OH 44101
(216) 696-7449

## Service

The following is the list of **parties** who are currently on the list to receive email notice/service
for this case.

- Steven Emery semery@ohiolegalclinic.com, rauser-mail@ohiolegalclinic.com;nkrenisky@ohiolegalclinic.com;rauserlaw@gmail.com;rauser@bestclientinc.com;rauserandassociates@gmail.com

- Sheldon Stein sstein@epiqtrustee.com, sstein@ecf.epiqsystems.com

- United States Trustee (Registered address)@usdoj.gov

and by regular U.S. mail on March 21, 2013, to the debtor and to all creditors.

/s/ Sheldon Stein
Sheldon Stein, Trustee

2

Citi Business
PO Box 182564
Columbus, OH 43218-2564

CitiCards
PO Box 182564
Columbus, OH 43218-2564

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

Citibank, N.A.
c/o American InfoSource LP
PO Box 248840
Oklahoma City, OK  73124-8840

Fister & Associates
20109 Trapper Trail
Strongsville, OH 44149-8765

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Victorias Secret
PO Box 182789
Columbus, OH 43218-2789

WFNNB/Newport News
PO Box 9204
Old Bethpage, NY 11804-9004

Basia Jaskolka
4000 Fruitland Dr. #2
Parma, OH 44134-7908